**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**IN RE:**                                                          **CASE NO.: 18-30946-KKS**
                                                                          **CHAPTER 7**

**Juan Carlos Alboniga,**

   **Debtor.**

                                                        /

**ORDER GRANTING NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER'S**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY SERVED ON NEGATIVE**
**NOTICE  (Docket No. 13)**

THIS CASE came on consideration without a hearing on Nationstar Mortgage LLC d/b/a

Mr. Cooper's ("Secured Creditor") Motion for Relief from Stay (Docket No. 13).  No response

has been filed in accordance with Local Rule 2002-2.  Accordingly, it is:

   **ORDERED:**

1.  Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.

2.  The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured
    Creditor's interest in the following property located at 9759 Harlington Street,
    Cantonment, Florida 32533, in Escambia County, Florida, and legally described as:
    LOT 9, BLOCK A, BRISTOL CREEK PHASE III, BEING A PORTION OF
    SECTION 3, TOWNSHIP 1 SOUTH, RANGE 31 WEST, ESCAMBIA
    COUNTY, FLORIDA, ACCORDING TO PLAT RECORDED IN PLAT
    BOOK 18, PAGE 38, OF THE PUBLIC RECORDS OF SAID COUNTY.

3.  The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured
    Creditor to exercise any and all *in rem* remedies against the property described above.
    Secured Creditor shall not seek an *in personam* judgment against Debtors.

4.  The Secured Creditor made sufficient allegations and a request in the Motion to waive the

14-day stay requirement of Bankruptcy Rule 4001(a)(3).  No objection being raised, the

automatic stay shall be lifted immediately upon execution of this order.


   **DONE AND ORDERED on**   January 11, 2019.


**KAREN K. SPECIE**
**U.S. Bankruptcy Judge**

Attorney, Nathalie Rodriguez, is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of entry of the order.

*Prepared By: Nathalie Rodriguez*
Attorney for Secured Creditor
Robertson, Anschutz & Schneid, PL
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Juan Carlos Alboniga
9759 Harlington St.
Cantonment, FL 32533

Martin S. Lewis
Lewis & Jurnovoy, P.A.
1100 North Palafox St.
Pensacola, FL 32501

Sherry Chancellor
Law Office of Sherry F. Chancellor
619 West Chase St.
Pensacola, FL 32502

United States Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301