**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF FLORIDA**

In Re:                )
                      )    Case No. 18-30946-KKS
Juan Alboniga         )
    Debtor            )
                      )

**ORDER APPROVING TRUSTEE'S APPLICATION FOR AUTHORITY AND APPROVAL TO EMPLOY VICTOR ZAVALA, A MEMBER OF SIMMONS REALTY GROUP INC, AND APPROVE LISTING AGREEMENT FOR SALE OF REAL PROPERTY (Doc. 36)**

**THIS MATTER** having come before the Court on the matter of the Trustee's Application for Authority and Approval to Employ Victor Zavala a member of Simmons Realty Group Inc., and Approve Listing Agreement for Sale of Real Property (Doc. 36), and the Court after being otherwise advised in the premises, it is:

**ORDERED:**

1. The Application (Doc. 36) is **APPROVED.**

2. The Trustee is authorized to employ Victor Zavala a member of the Simmons Realty Group Inc., pursuant to the terms and conditions provided in the Application (Doc. 36).

**DONE AND ORDERED** this the ___4th day of April_____, 2019.

                                    /s/ Karen K. Specie
                                    _____
                                    **KAREN K. SPECIE**
                                    United States Bankruptcy Judge

This Order Prepared by: Sherry F. Chancellor, Trustee

CC:    All Parties in Interest

Sherry F. Chancellor is hereby directed to serve a copy of this order on interested parties and file a certificate of service within 3 days of entry of the order