# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

In Re:                                                     Case No. 18-30946-KKS

Juan Carlos Alboniga,

                                                                    Chapter 7

        Debtor.

_____/

**ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327 (Doc. 35)**

THIS MATTER came before the Court on the Chapter 7 Trustee's Application To Retain BK Global Real Estate Services to Procure Consented Public Sale Pursuant to 11 U.S.C. § 327 (Doc. 35), and the Court being otherwise fully advised, it is:

**ORDERED:**

1.      The Application is APPROVED.

2.      The Trustee is authorized to retain BK Global Real Estate Services, pursuant to the terms and conditions provided in the Application (Doc. 35).

         DONE AND ORDERED on   April 8, 2019             .

                                                                   KAREN K. SPECIE
                                                                   Chief U.S. Bankruptcy Judge

      Sherry F. Chancellor is hereby directed to serve a copy of this order on interested parties and file a certificate of service within 3 days of entry of the order.

This Order Prepared by: Sherry F. Chancellor.